UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARLENE A. KRULY,

                                    Plaintiff,                    Index No.21-CV-6181G

          -against-

                                                          **STIPULATION SUBSTITUTION
                                                          OF COUNSEL**

AKOUSTIS TECHNOLOGIES, INC.,

                                    Defendants.

---

    PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent, that Harvey P. Sanders, Esq. be substituted in place of James D. Hartt, Esq., who is currently listed as counsel for Plaintiff, Marlene A. Kruly, in the above-captioned matter.


Dated: Cheektowaga, New York
       March 1, 2022


/s/Harvey P. Sanders                          /s/James D. Hartt
Harvey P. Sanders, Esq.                       James D. Hartt, Esq.
SANDERS & SANDERS                             6 North Main Street
401 Maryvale Drive                            Suite 200F
Cheektowaga, NY  14225                        Fairport, NY 14450
716.839.1439                                  585.490.7100